**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John Wayne ROBINS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 1999.

### *ORDER*

PER CURIAM:

**AND NOW,** this 30th day of August 1999, the Petition for Allowance of Appeal is GRANTED and the case is REMANDED to the Superior Court for reconsideration in light of *Lilly v. Virginia*, —— U.S. ——, 119 S.Ct. 1887, 144 L.Ed.2d 117 (U.S. 1999).

---

**1.** Moreover, I find equally unpersuasive the majority's attempt to distinguish *Miller* on the basis of our recent decision in *Sellers v. Workers' Compensation Appeal Board (HMT Construction Services, Inc.)*, 552 Pa.22, 713 A.2d 87 (1998). Unlike the instant cases where the record clearly shows that the appeals were timely mailed prior to the jurisdictional deadlines, the record in *Sellers* was insufficient to show that a timely mailing occurred as the appeal in *Sellers* was received on Wednesday, June 7, 1995, two days past the jurisdictional deadline of Monday, June 5, 1995.